# Ameriquest Mortgage Company

Date: September 13, 2003

Loan Number: 113002242170200

Lender Name: RISECU MTG

Borrower Name: Cathy Daneau

Lender Address:
160 FRANCES STREET
PROVIDENCE, RI 02903

Property Address:
61-63 Bucklin St
Pawtucket , RI 02861

To Whom It May Concern:

The above named borrower has an outstanding mortgage loan with you secured by the property listed above.

Enclosed please find a payoff check in the amount of $ 75,090.74 which represents payment in full of your loan.

If you have any questions regarding this payoff, please contact:

Ameriquest Mortgage Company
6 Blackstone Valley Place # 305
Lincoln, RI 02865

(401)334-8606

Demand is made herein that upon receipt of this payoff you prepare either a release of Mortgage or a Reconveyance of the Deed of Trust. If you have collected funds for the recordation of said release or reconveyance, please forward them to the County Recorders Office for recording. Otherwise, forward to:

**AMERIQUEST MORTGAGE COMPANY**
**ATTN: AGNES SANCHEZ**
**P.O. BOX 11507**
**SANTA ANA, CA 95825**

Sincerely,

AMERIQUEST MORTGAGE COMPANY

0055213169 - 5782

890 (02/02)